AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Joseph Collins

V.

United States of America and Transportation Security Administration

08CV851
JUDGE GETTLEMAN
MAGISTRATE JUDGE DENLOW

TO: (Name and address of Defendant)

United States Attorney's Office (NDIL)
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph Collins
356 W. Scott St.
Chicago, IL 60610

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

FEB 0 8 2008

(By) DEPUTY CLERK                                                                DATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRCT OF ILLINOIS
CASE NO. 08CV851
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Justin Turner**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
(   ) Other:

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( X ) On the within party, **United States Attorney's Office (NDIL)** by leaving a copy with **Joelyn Marawski, Receptionist and Authorized Person**, on **February 22, 2008**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**     RACE: **Caucasian**     APPROXIMATE AGE: **46**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **219 S. Dearborn St., 5th Floor, Chicago, IL 60604**
TIME OF DAY: **1:48 PM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This 25th day of February 2008.

*[Notary signature]*
OFFICIAL SEAL
JANICE GRUBISICH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/15/09

Justin Turner
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885