UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 851 |
| | ) | |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION TO**
**EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

The United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, requests that this court enter an order extending the time to file its initial pleading from April 22, 2008, to May 22, 2008, and in support, states as follows:

1. In this case, plaintiff seeks to recover for a Rolex wristwatch that he claims Transportation and Security Administration employees stole from his baggage when he flew from Miami to Chicago in April 2007.

2. It does not appear that the plaintiff has properly served the United States as required pursuant to Fed. R. Civ. P. 4(i)(1).

3. Moreover, TSA has not yet provided the U.S. Attorney's Office with the documents and information necessary to prepare a proper responsive pleading.

4. For this reason, the United States requests that the court extend the time for it to file its responsive pleading from April 22, 2008, to May 22, 2008.

5. Plaintiff, who is an attorney representing himself, agrees to this motion.

WHEREFORE, the United States of America requests that this court extend the time for it to file its responsive pleading from April 22, 2008, May 22, 2008.

                                          Respectfully submitted,

                                          PATRICK J. FITZGERALD
                                          United States Attorney

                                          By: s/ Donald R. Lorenzen
                                              DONALD R. LORENZEN
                                              Assistant United States Attorney
                                              219 South Dearborn Street
                                              Chicago, Illinois 60604
                                              (312) 353-5330
                                              donald.lorenzen@usdoj.gov

Dated: April 22, 2008