UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 851 |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Judge Robert W. Gettleman |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF AGREED MOTION

To:    Joseph Collins
       joseph.collins@dlapiper.com

Please take notice that on Wednesday April 29, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Robert W. Gettleman in the courtroom usually occupied by him, Room 1703 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the Agreed Motion to Extend Time to Answer or Otherwise Plead at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J.  FITZGERALD
United States Attorney

By: s/ Donald R. Lorenzen
     DONALD R.  LORENZEN
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 353-5330
     donald.lorenzen@usdoj.gov

**Certificate of Service**

Donald R. Lorenzen, an attorney, certifies that on April 22, 2008, he caused to be served the

forgoing Notice of Agreed Motion and Agreed Motion to Extend Time to Answer or Otherwise

Plead by electronic mail upon plaintiff at joseph.collins@dlapiper.com.

s/Donald R. Lorenzen
DONALD R.  LORENZEN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5330
donald.lorenzen@usdoj.gov
