UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | )   No. 08 C 851 |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | )   Judge Robert W. Gettleman |
| | ) |
| Defendant. | ) |
| | ) |

**THE UNITED STATES' MOTION TO TRANSFER**

The United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves pursuant to 28 U.S.C. § 1404(a) to transfer this case to the United States District Court for the Southern District of Florida, and in support of this motion, submits its memorandum of law.

WHEREFORE, the United States moves this court to transfer this case to the United States District Court for the Southern District of Florida.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Donald R. Lorenzen
    DONALD R. LORENZEN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5330
    donald.lorenzen@usdoj.gov

Dated: June 25, 2008

**Certificate of Service**

Donald R. Lorenzen, an attorney, certifies that on July 1, 2008, he caused to be served the forgoing The Untied States' Motion to Transfer by electronic mail upon plaintiff at joseph.collins@dlapiper.com.

s/Donald R. Lorenzen
DONALD R. LORENZEN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5330
donald.lorenzen@usdoj.gov