UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 851 |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Judge Robert W. Gettleman |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF MOTION

To:  Joseph Collins
joseph.collins@dlapiper.com

    Please take notice that on Tuesday, July 8, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Robert W. Gettleman in the courtroom usually occupied by him, Room 1703 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the United States' Motion to Transfer at which time and place you may appear, if you see fit.

                              Respectfully submitted,

                              PATRICK J. FITZGERALD
                              United States Attorney

                              By: s/ Donald R. Lorenzen
                                  DONALD R. LORENZEN
                                  Assistant United States Attorney
                                  219 South Dearborn Street
                                  Chicago, Illinois 60604
                                  (312) 353-5330
                                  donald.lorenzen@usdoj.gov

**Certificate of Service**

Donald R. Lorenzen, an attorney, certifies that on July 1, 2008, he caused to be served the forgoing Notice of Motion by electronic mail upon plaintiff at joseph.collins@dlapiper.com.

s/Donald R. Lorenzen
DONALD R. LORENZEN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5330
donald.lorenzen@usdoj.gov
