# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Joseph Collins

                              Plaintiff,

v.                                              Case No.: 1:08−cv−00851
                                                Honorable Robert W. Gettleman

United States of America, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

     MINUTE entry before the Honorable Robert W. Gettleman: Motion hearing held on 7/9/2008 regarding motion to transfer case[14]. Plaintiff's response is due by 8/5/2008. Defendant's reply is due by 9/3/2008. Status report date of 7/16/2008 is stricken. Status hearing is re−set to 10/21/2008 at 09:00 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.