# EXHIBIT

# D

TSA Claims Management System                                                    Page 1 of 5

# Transportation Security Administration

**Claims Management System**

Logout brett.barber@dhs.gov | Change password

My Dashboard · Claims Management · Incident Reports · View Reports · Search · Administration ·

Claim Number: [        ]  Go >>

April 15, 2008

## Claim Overview

| | |
|---|---|
| Claim Number: | 200704272724670 |
| Claim Status: | Closed : Denied (Reconsider) (Litigation) |
| Incident Report: | [add] |

### Claimant Information

| | |
|---|---|
| Name: | Joseph Collins |
| Company: | |
| Address: | 356 W. Scott St. |
| | Chicago, IL 60610 |
| Country: | UNITED STATES |
| Phone: | 312-368-2143 |
| Email Address: | joseph.collins@dlapiper.com |

### Claim Information

| | |
|---|---|
| Date Received: | 04/27/2007 |
| Incident Date: | 04/24/2007 |
| Incident Time: | |
| Claim Type: | Passenger Loss |
| Site of Incident: | Checked Baggage |
| Baggage Claim Check #: | AA316755 |
| Claim Amount: | $2,900.00 |
| Airport / Airline: | Miami International Airport / American Airlines |
| Contractor: | |
| Description: | Pax states watch was missing from CB. |

### Claim Sufficiency

| | |
|---|---|
| SUM CERTAIN: | Yes   SPECIFIC DATE: Yes   SPECIFIC LOCATION: Yes |

**Start Claim**
**Process Claim**
Claim:200704272724670
  Claimant Information
  Letters
  Claim Information
  Items
  Claim Sufficiency
  Tracking/Resolution
  Notes
**Adjudicate Claims**
**Currency Converter**

https://cms.tsa.dhs.gov/openClaim.do?claimId=124670                              4/15/2008

TSA Claims Management System

STATEMENT OF FACT: Yes    SIGNATURE: Yes

## Claim Tracking

| Event Date | Description |
|---|---|
| 04/27/2007 | Active claim processor assignment changed. (user Tacarra Johnson) |
| 04/27/2007 | Claim started in system (user Tacarra Johnson) |
| 04/27/2007 | Claim determined sufficient and received.: 04/27/2007 (user Tacarra Johnson) |
| 04/27/2007 | Active claim processor assignment changed. to CMC and changed claim status (user Brandy Facey2) (by Tacarra Johnson) |
| 06/26/2007 | CMC examiner reviewed claim and made recommendation.: recommend deny (user Brandy Facey2) |
| 07/13/2007 | Active claim processor assignment changed. to DAO and changed claim status (user Nicholas Panuzio) |
| 07/13/2007 | OCC approved CMC recommendation (user Nicholas Panuzio) |
| 07/13/2007 | Active claim processor assignment changed. Active assignment removed (user Nicholas Panuzio) |
| 07/13/2007 | Status of claim was changed : Closed (user Nicholas Panuzio) |

### Claim Letters

### Unprinted Letters
None

### Printed Letters
Letter Name
7-02-6 Denial - No Recon    [View]
1-1-5 Acknowledgment    [View]

### Claim Notes

Date: 09/28/2007    Added By: Bernadette Hamilton
Claimant's denial letter was returned to sender.

Date: 07/23/2007    Added By: Damon Ivy3
USPS 71112746297001027492

Date: 07/05/2007    Added By: Brandy Facey2

https://cms.tsa.dhs.gov/openClaim.do?claimId=124670

Page 2 of 5

4/15/2008

TSA Claims Management System

From: Levesque, Guy
Sent: Thursday, July 05, 2007 10:39 AM
To: Facey, Brandy
Subject: RE: Collins--20070427247246670 Rolex Missing

Hi Brandy,

Unfortunately, most TSA CB locations are close to AA counters. To be able to assist you we really need to know where! If he remembers which checkpoint he was sent to we may have a better chance of locating where he took his bag for inspection. Sorry, we can't be of any help.

Guy O. Levesque
Transportation Security Administration
Customer Service Support

From: Facey, Brandy
Sent: Tuesday, June 26, 2007 12:08 PM
To: Levesque, Guy
Subject: RE: Collins--20070427247246670 Rolex Missing

Good Morning Guy,

I spoke with the claimant this morning and he says that he cannot recall the exact location of the checkpoint or any nearby retailers or eateries. He does indicate that the TSA CB location was a short distance from the AA ticket counter and he did not remain for inspection.

Date: 06/26/2007    Added By: Brandy Facey2

From: Levesque, Guy
Sent: Friday, June 15, 2007 11:07 AM
To: Facey, Brandy
Subject: RE: Collins--20070427247246670 Rolex Missing

Good morning,

No file or information available at the Miami office. Unfortunately, when inspecting bags for AA it could be in a public view or out of public area; really need to know where the bags were taking for TSA inspection!

Guy O. Levesque
Transportation Security Administration
Customer Service Support

Date: 06/26/2007    Added By: Brandy Facey2

From: Facey, Brandy

TSA Claims Management System

Sent: Tuesday, June 26, 2007 12:08 PM
To: Levesque, Guy
Subject: RE: Collins--20070427224670 Rolex Missing

Good Morning Guy,

I spoke with the claimant this morning and he says that he cannot recall the exact location of the checkpoint or any nearby retailers or eateries. He does indicate that the TSA CB location was a short distance from the AA ticket counter and he did not remain for inspection.

**Date:** 06/26/2007    **Added By:** Brandy Facey2

** I did attempt to get a more specific location of where he checked his bags in, but the claimant could not recall the concourse nor any nearby retail stores or eateries. He could only tell me he flew 1st class, and that he took his bags to an area that was roped off. This information was provided to MIA, and in light of the additional information provided by the claimant, it is seems as though the area described by the claimant is in public view.

**Date:** 06/26/2007    **Added By:** Brandy Facey2

Received return call from claimant, 1148.

Per our discussion, the claimant arrived to MIA at about 1500 for his flight scheduled to depart at 1615. He checked his bags inside at the ticket counter and recalls leaving his bags with the TSA for inspection in a roped-off area; he did not remain present for inspection. His original flight was cancelled and the claimant was re-booked on a flight that departed at 1915; his bags had already been sitting idly since a little after 1500. When he arrived to ORD, his bags were on time and appeared to be in tact. It was not until he arrived to his home that he realized his Rolex watch was missing from the bag. He says that the watch was packed inside an inner pocket inside of his toiletry kit inside his main luggage.

The claimant did not file a claim with his insurance for fear of not having home-owners insurance renewed in the future. He does note that he did purchase another watch to replace it.

Recommend deny:

- Claimant's original flight was cancelled and he was re-booked onto a later flight, causing his bags to sit idly for about four (4) hours before departure.
- Contents appeared to have been moved around, no NOI present.
- CB screening for AA is done in public view and it is not likely this watch was removed from the bag at this location.
- Plausible the loss occurred after the bag was sent behind the scenes and sat idly for four hours waiting for departure for re-scheduled flight.

**Date:** 06/15/2007    **Added By:** Brandy Facey2

Email sent to MIA for additional information:

TSA Claims Management System

**From:** Facey, Brandy
**Sent:** Friday, June 15, 2007 10:58 AM
**To:** Levesque, Guy
**Subject:** Collins--20070427724670 Rolex Missing
**Importance:** High

Good Morning Guy,

I have received a claim from Joseph Collins concerning the loss of a Rolex watch from his checked luggage; his claim information is as follows:

**Date Received:** 04/27/2007
**Incident Date:** 04/24/2007
**Incident Time:**
**Claim Type:** Passenger Loss
**Site of Incident:** Checked Baggage
**Baggage Claim Check #:** AA316755
**Claim Amount:** $2,900.00
**Airport / Airline:** Miami International Airport / American Airlines
**Contractor:**
**Description:** Pax states watch was missing from CB.

Do you have any additional information in support of this claim? Has the passenger contacted TSA in MIA concerning his loss? He does not indicate having found a NOI inside the bag. Are there partitions at the CB screening location or is the screening area in public view?

Thanks!

Brandy Facey, CTR
Claims Examiner
Claims Management Office
Transportation Security Administration
brandy.facey@associates.dhs.gov
571.227.1977 Office Telephone
571.227.1904 Fax Number
1.866.289.9673 Toll Free

Delete Claim

**Notice:** System use restricted to Authorized Users

Contact System Administrator