# EXHIBIT

# E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

February 27, 2008

Joseph Fulda
Michael Fulda
3401 Taney Road
Baltimore, MD 21215

Larry D. Adams, Esquire
Assistant U.S. Attorney
36 S. Charles Street, Fourth Floor
Baltimore, MD 21201

Re:   *Joseph & Michael Fulda v. Transportation Security Administration, et al.*
      Civil No. CCB-08-159

Dear Mr. Adams and Messrs. Fulda:

I have reviewed Mr. Adams's letter dated February 26, 2008 and am glad to see that you may be trying to resolve this case. Considering the relative resources and convenience of the parties, the motion to transfer (docket entry no. 7) is **Denied**.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge